FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JUL 14  AM 11: 25

CLERK_____
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

JERRY LEWIS HOWARD,          )
                             )
    Plaintiff,               )
                             )
v.                           )    Case No.  CV406-127
                             )
MICHAEL TABARROK,            )
                             )
    Defendant.               )

## O R D E R

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed.  Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _14_ day of _July_, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA